**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 13-cr-00072-WJM-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2.    ARTURO CASTRO,**

    Defendant.

_____

**ORDER GRANTING GOVERNMENT'S MOTION FOR AN
ORDER PERMITTING DISCLOSURE OF GRAND JURY MATERIALS**
_____

This matter comes before the Court on the Government's Motion for An Order Permitting Disclosure of Grand Jury Materials, filed September 17, 2013 (ECF No. 107). The Court has reviewed the Motion and hereby FINDS as follows::

The Government has obtained testimony from one or more persons who may be called as trial witnesses. Disclosure of pertinent portions of the Grand Jury transcripts may be in the best interests of justice. In the course of preparation for trial and during the conduct of certain pretrial matters and at trial it may be appropriate to disclose to the defense portions of the Grand Jury transcripts pertaining to certain witnesses for the limited purpose of preparing for and conducting trial. *See* 18 U.S.C. §3500 and Federal Rule of Criminal Procedure 26.2, 16, 6(e)(3)(E)(I) and (e)(3)(F).

For the foregoing reasons the Court hereby ORDERS as follows::

The Government's Motion is GRANTED.

The United States Attorney's Office may disclose to the defense pertinent portions of the transcript of its witness' testimony before the Grand Jury in the above-captioned case after it has been determined by the Government that this witness will be called to testify at trial in the Government's case-in-chief. The defense attorneys are to maintain control over the materials, keeping these in his or her confidential files and under the control of his or her confidential employees. The Court's Order here today permits pretrial disclosure of pertinent portions of the Grand Jury transcript pursuant to 18 U.S.C. §3500 and Federal Rules of Criminal Procedure 26.2 and 16.

The Grand Jury materials so disclosed are to be used for the purposes of the above captioned case, to include any appeals taken therefrom, and for no other purpose until further order of this Court. The United States Attorney's Office is directed to enclose a copy of this Order with any Grand Jury materials disclosed pursuant to this Order.

Dated this 18th day of September, 2013.

BY THE COURT:

_____
William J. Martinez
United States District Judge